UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: POOL, MARCIE L
Debtor(s)

CASE NO. 10-20880 JPK

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:        March 4, 2011                By: /s/ Stacia L. Yoon
                                           STACIA L. YOON, TRUSTEE #16933-53
                                           Genetos Retson & Yoon LLP
                                           8585 Broadway, Suite 480
                                           Merrillville, IN 46410
                                           Telephone: (219) 755-0401
                                           bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Daniel W. Matern, dwm@legalhelpers.com
Regular Mail:
POOL, MARCIE L, 7113 W 132ND LANE, CEDAR LAKE, IN 46303
GE Money Bank, % Recovery Management Systems Corporate, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605

Printed: 03/03/11 08:57 AM

# Claims Distribution Small Checks

Page: 1

**Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)**

Case: 10-20880 - POOL, MARCIE L

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 9200825131 7566 | 108 | | 03/03/11 | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $4.01 |
| | | 5 | 10/05/10 | 610 | GE Money Bank | 76.92 | 76.92 | 4.01 | 4.01 |
| | | | | | c/o Recovery Management Systems Corporat | | | | |
| | | | | | 25 SE 2nd Ave Suite 1120 | | | | |
| | | | | | Miami, FL 33131-1605 | | | | |

(*) Denotes objection to Amount Filed